O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FLORDELIZA A. HAWKINS, | No. CV 18-05105-JGB (JDE) |
| Plaintiff, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint Plaintiff, the records on file, the Report and Recommendation of the assigned United States Magistrate Judge, and the objections to the report filed by Plaintiff. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

*/ / /*

*/ / /*

*/ / /*

IT IS THEREFORE ORDERED that Judgment shall be entered dismissing this case without prejudice.

Dated: January 29, 2019

JESUS G. BERNAL
United States District Judge